EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | |
|---|---|
| | 2009 TSPR 171 |
| | 177 DPR _____ |
| Luis A. Ríos Rodríguez | |

Número del Caso: TS-10502

Fecha: 10 de noviembre de 2009

Abogado de la parte Peticionaria:

> Por derecho propio

Oficina de Inspección de Notarías:

> Lcda. Lourdes Quintana Lloréns
> Directora

Materia: Reinstalación al Ejercicio de la Abogacía y la Notaría

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re*:

Luis A. Ríos Rodríguez

TS-10502

RESOLUCIÓN

En San Juan, Puerto Rico, a 10 de noviembre de 2009.

Examinada la Petición de reinstalación al ejercicio de la abogacía y notaría, presentada por el abogado Luis A. Ríos Rodríguez, se autoriza su reinstalación al ejercicio de la abogacía y notaría, efectivo inmediatamente.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Presidente señor Hernández Denton hace constar que reinstalaría al peticionario al ejercicio de la abogacía, pero no así al de la notaría. El Juez Asociado señor Rivera Pérez no intervino.

Aida I. Oquendo Graulau
Secretaria del Tribunal Supremo